## COURT MINUTES

U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: TANISHA J. HOPE (J)          CASE NO: 00-4159-SNOW
AUSA: BRUCE BROWN                  ATTY: CJA
AGENT: CUSTOMS                     VIOL: PWID/IMPORT COCAINE
PROCEEDING I/A ON COMPLAINT        RECOMMENDED BOND 50,000 CORP SURETY

FILED by CM D.C.
JUN 27 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. FLA. FT. LAUD

BOND HEARING HELD - yes/no         COUNSEL APPOINTED _____

BOND SET @ 100,000.00 - Personal Surety.

SPECIAL CONDITIONS:

1) To be cosigned by: mother and mother's fiancé'.
2) Rpt to PTS ___ x's a wk/month by phone; ___ x's a wk/month in person
3) Travel extended to: _____

- Defendant released from custody.
- Mother's fiancé must sign the Bond by close of business day Friday, June 30, 2000.

NEXT COURT APPEARANCE:   INQUIRY RE COUNSEL: July 10, 2000 @ 11:00 BSS
                         PTD/BOND HRG:
                         PRELIM/ARRAIGN: July 10, 2000 @ 11:00 BSS S
                         REMOVAL HRG:
                         STATUS CONF:

Date: 6/27/00   Time 11:00   FTL/LSS TAPE #00- 085   Begin: 1505   End: 2123

