BB:as

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6184
21 U.S.C. § 952(a)
21 U.S.C. § 841(a)(1)
18 U.S.C. § 2    CR - FERGUSON

MAGISTRATE JUDGE
SNOW

FILED by _____ D.C.

JUN 2 9 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA, )
)
v.                         )
)
EVELYN SILVAGNOLI,         )
and                        )
TANISHA HOPE,              )
)
          Defendant.       )
_____)

### INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about June 26, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**EVELYN SILVAGNOLI
and
TANISHA HOPE,**

did knowingly and intentionally import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section



952(a) and Title 18, United States Code, Section 2.

## COUNT TWO

On or about June 26, 2000, in Broward County, in the Southern District of Florida, and elsewhere, the defendants,

**EVELYN SILVAGNOLI**
**and**
**TANISHA HOPE,**

did knowingly and intentionally possess with intent to distribute a Schedule II controlled substance, that is, in excess of 500 grams of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

A TRUE BILL

*[signature]*
FOREPERSON

*[signature]*
GUY A. LEWIS
UNITED STATES ATTORNEY

*[signature]*
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. _____

v.

EVELYN SILVAGNOLI, et al.

**CERTIFICATE OF TRIAL ATTORNEY***

**Court Division:** (Select One)

**Superseding Case Information:**
New Defendant(s)    Yes ___    No ___
Number of New Defendants ___
Total number of counts ___

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:    (Yes or No) _NO_
   List language and/or dialect ___English___

4. This case will take _3_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   I    0 to 5 days      _X_      Petty       ___
   II   6 to 10 days     ___      Minor       ___
   III  11 to 20 days    ___      Misdem.     ___
   IV   21 to 60 days    ___      Felony      _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____    Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter?(Yes or No) ___Yes___
   If yes:
   Magistrate Case No.  _00-4159-SNOW_
   Related Miscellaneous numbers:_____
   Defendant(s) in federal custody as of _6/26/00_
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ___No___

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___Yes _x_ No  If yes, was it pending in the Central Region? ___ Yes _ No

_____
BRUCE O. BROWN
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 999490

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: <u>EVELYN SILVAGNOLI</u>   No.:_____

Count # 1:

<u>Importation of cocaine; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2</u>

<u>*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine</u>

Count # 2:

<u>Possession with intent to distribute a controlled substance;</u>
<u>in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2</u>
<u>*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment; $2,000,000 fine</u>

Count # :

_____

*Max Penalty: _____

Count #:

_____

*Max Penalty: _____

Count # :

_____

*Max Penalty: _____

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# **PENALTY SHEET**

Defendant's Name: <u>TANISHA HOPE</u>         No.:_____

Count # 1:

<u>Importation of cocaine; in violation of 21 U.S.C. § 952(a) and 18 U.S.C. § 2</u>

<u>*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment;</u>
<u>$2,000,000 fine</u>

Count # 2:

<u>Possession with intent to distribute a controlled substance;</u>
<u>in violation of 21 U.S.C. § 841(a)(1) and 18 U.S.C. § 2</u>
<u>*Max Penalty: 5 year mandatory minimum and 40 years' maximum imprisonment;</u>
<u>$2,000,000 fine</u>

Count # :

<u>*Max Penalty:</u>

Count #:

<u>*Max Penalty:</u>

Count # :

<u>*Max Penalty:</u>

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV. 12/12/96