| | |
|---|---|
| DEFT: Tanisha J. Hope (B) | CASE NO: 00-6184-CR-Ferguson |
| AUSA: Bruce Brown *present* | ATTNY: CJA - Stuart Adelstein *present* |
| AGENT: | VIOL: |
| PROCEEDING: Arraignment | BOND REC: |
| BOND HEARING HELD - yes/no | COUNSEL APPOINTED: |
| BOND SET @ | |
| CO-SIGNATURES: | |
| SPECIAL CONDITIONS: | |

FILED by ___ D.C.
JUL 1 0 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or _____ X's a week/month by phone; _____ X's a week/month in person.
5) Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) _____ Halfway House
_____ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL:
PTD/BOND HEARING:
PRELIM/ARRAIGN. OR REMOVAL: 7-25-00   11:00 am   Seltzer
STATUS CONFERENCE:
DATE: 7-10-00    TIME: 11:00am    TAPE # 00-055   PG # 5

1055-1140