

JUL 1 0 2000
... OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6184-CR-Ferguson

UNITED STATES OF AMERICA

vs

Tanisha Hope

**ARRAIGNMENT INFORMATION SHEET**

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on    7-10-00    , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case.  The following information is current as of this date:

DEFENDANT:               Address:_____ See Bond _____

_____

Telephone:_____

DEFENSE COUNSEL:      Name:_____ Stuart Adelstein _____

Address:_____

_____

Telephone:_____

BOND SET/CONTINUED:    $_____ Cont'd on bond as set _____

Bond hearing held: yes_____ no____ Bond hearing set for_____

Dated this____10____day of ____July_____, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By:_____
Deputy Clerk

Tape No._____00-055_____

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services