| | |
|---|---|
| DEFT: TANISHA HOPE (no deft.) | CASE NO: 00-6184-CR-Ferguson |
| AUSA: Bruce Brown *by Bertha Mitrani* | ATTNY: Stuart Adelstein (not present) |
| AGENT: | VIOL: |
| PROCEEDING: Status Conference | BOND REC: |

FILED by _____ D.C.
JUL 2 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: Discovery out
no motions pending
3 day trial

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House
    ___ Electronic Monitoring

NEXT COURT APPEARANCE:     DATE:     TIME:     JUDGE:
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: July 25, 2000    TIME: 11:00 A.M.    TAPE # 00-058 PG #
                                                 00-059

19