UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6184-CR-FERGUSON



UNITED STATES OF AMERICA,

VS.

TANISHA HOPE,

        Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on July 25, 2000. At that conference, the parties informed the Court as follows:

1. The Government indicated that it has complied with its obligations under the Standing Discovery Order and that there are no motions currently pending. The Government further represented that it is ready to proceed and that this matter will require three days to try.

2. Defense counsel did not appear at the status conference.

DATED at Fort Lauderdale, Florida this 25th day of July 2000.

BARRY S. SELTZER
United States Magistrate Judge

1

Copies to:

Honorable Wilkie D. Ferguson, Jr.
United States District Judge

Bruce Brown, Esquire
Assistant United States Attorney

Stuart Adelstein, Esquire
Adelstein & Matters
1435 South Miami Avenue
Miami, Florida 33130-4316
Attorney for Defendant