UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs  CASE NO: 00-6184-CR-Ferguson

TANISHA J. HOPE          /

### ORDER AMENDING CONDITIONS OF BOND

On June 27, 2000 bond was set on the above defendant in the amount of $100,000 personal surety. The defendant posted said bond and on the same date the following conditions were set:

(1) Report to Pretrial Services as directed

(2) Defendant must reside with mother and bond must be cosigned by her mother and her mother's fiance.

In addition to the above conditions, it is hereby ordered that the defendant shall submit to random urinalysis and any treatment as deemed necessary by Pretrial Services.

DONE AND ORDERED in Fort Lauderdale, Florida this 13TH day of October, 2000.

*Lurana S. Snow*
LURANA S. SNOW
United States Magistrate Judge

cc: U. S. Attorney
    Defense Counsel
    Pretrial Services

