UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6184-CR-FERGUSON

    Plaintiff,

vs.

TANISHA HOPE,

    Defendant.
_____/

## MOTION FOR DOWNWARD DEPARTURE

COMES NOW the Defendant, TANISHA HOPE, by and through her undersigned counsel, pursuant to Section 6A1.2 of the final draft of the Sentencing Guidelines and Policies statement and pursuant to administrative order 90.26, hereby submits her Motion for Downward Departure, and as grounds therefore states the following:

1. That the Defendant submits there are mitigating factors in the present case that warrant a downward departure pursuant to Section 5K2.0 of the Federal Sentencing Guidelines and Section 3B1.2;

2. That pursuant to 3B1.2 a defendant's role in the offense may be decreased **"a)** if the defendant was a minimal participant in any criminal activity decrease by four levels, **b)** if the defendant was a minor participant in any criminal activity decrease by two levels, and in cases falling between a and b, decrease by three levels.";

3. That as per the application notes on Section 3B1.2 of the Federal Sentencing Guidelines, subsection A, applies to a defendant who plays a minimal role in concerted activity. It is intended to cover defendants who are plainly among the least culpable of those involved in the

conduct of the group;

4. That furthermore, application note number 2 of Section 3B1.2 provides that a downward adjustment for a minimal participant would be appropriate, for example, for someone who played no other role in a very large drug smuggling operation than to offload part of a single marijuana shipment or in a case where an individual was recruited as a courier for a single smuggling transaction involving a small amount of drugs;

5. That in *United States vs. Veloza*, 83 F.3rd 380 (111th Cir. 1996), this Court held that the fact that a courier plays an essential role in an importation scheme does not alone necessarily preclude him from receiving a reduction for a minor role;

6. Clearly in the case subjudice, the Defendant had no knowledge of the scope of the conspiracy and of the different roles assigned to different individuals. As a result, a role reduction is warranted in that the Defendant was a minimal participant in this criminal act;

7. That the Defendant asserts that the crime she committed herein constitutes aberrant on her part. At the time of this offense Defendant HOPE was a single parent and unemployed;

8. That the Defendant's conduct in the instant case was totally atypical of her conduct. Her actions herein were spontaneously and seemingly thoughtless in allowing herself to be caught in this web of illegal activity which resulted in the commission of the crime which resulted in her conviction. See, *United States vs. Fairless*, 975 F.2d 664 (9th Cir. 1992); *United States vs. Tsosie*, 14 F.3rd 1438 (10th Cir.1994);

9. That it should be made clear that the Defendant by this motion does not suggest to this Court that she is a victim of any entrapment or that she is trying to minimize her role in the offense to which she clearly pled guilty and attempted to take the necessary steps to rectify her wrong. The Defendant simply suggests through her counsel in this cause, she exercised extremely

poor judgment which is totally out of character for her in the example she has attempted to set for her family.

WHEREFORE, the Defendant, TANISHA HOPE, respectfully requests that this Honorable Court find a downward departure is warranted under the facts of this case due to her role in the offense and/or her aberrant behavior.

Respectfully submitted,

Law Offices of Adelstein & Matters, P.A.
1435 So. Miami Avenue
Miami, FL    33130
Telephone: (305) 358-9222
Fax: (305) 358-1926

BY: _____
Stuart Adelstein, Esq.
Fla Bar No. 234540

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct coy of the foregoing was mailed this _17_ day of November, 2000, to Bruce Brown, AUSA, Office of the U.S. Attorney, 500 E. Broward Blvd., 7th Floor, Ft. Lauderdale, FL 33301 and Dedra Pratt, U.S.Probation Officer, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL    33301.

_____
Stuart Adelstein, Esq.