SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED DEC 1 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE # 00-6184-CR-WDF

DEFENDANT Jenesha Hope

JUDGE WILKIE D. FERGUSON

Deputy Clerk TROY T. WALKER

DATE Dec 1, 2000

Court Reporter Paul Haferling

USPO D. Pratt

AUSA Bruce Brown

Deft's Counsel Stuart Adelstein

COUNTS DISMISSED All Others

____ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

____ Sentencing cont'd until __/__/__ at _____ AM / PM

Right to appeal

## JUDGMENT AND SENTENCE

Imprisonment   Years   Months 27   Counts one

Supervised Release 3 years (See J/C for details)
Family Counseling & Drug Counseling & Mental Health.

Probation   Years   Months   Counts

Comments _____

Assessment $ 100.00     Fine $ none

Restitution /Other _____

### CUSTODY

____ Remanded to the Custody of the U. S. Marshal Service     ____ Release on bond pending appeal

X Voluntary Surrender to (designated institution or U. S. Marshal Service) on 1/5/01

Commitment Recommendation: that the defendant is incarcerated at an institution in Tallahassee, Fla

35